**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12937

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

NOEL ALFREDO GARCIA,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cr-00098-MSS-CPT-2

_____

Before JORDAN, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed appellate counsel for Noel Alfredo Garcia, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386

2                     Opinion of the Court                 24-12937

U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsels motion to withdraw is **GRANTED**, and Garcia's convictions and sentences are **AFFIRMED**.